514 A.2d 1369

**COMMONWEALTH of Pennsylvania**

v.

**Victor BELMONTE, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Sept. 24, 1986.

Petition for Allowance of Appeal GRANTED, No. 67 W.D. Appeal Docket 1986.